Warren L. Gilbert, Esq., Calif. Bar No. 92647
HOSP, GILBERT, BERGSTEN & HOUGH
A Law Corporation
301 North Lake Avenue, Suite 410
Pasadena, CA 91101
Telephoe: (626) 792-2400
Facsimilie: (626)356-9656
Email: wlgilbert@hosplaw.com

Attorneys for Defendant WAHL CLIPPER CORP.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHONALI BOSE, an individual; BEDABRATA PAIN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WAHL CLIPPER CORP., an Illinois corporation doing business in California; TARGET CORP., a Minnesota corporation doing business in California; and DOES 1-10, <br><br> Defendants. | Case No.: CV11-06087 MMM (SHx) <br><br> DEFENDANT, WAHL CLIPPER CORP.'S REVISED WITNESS LIST <br><br> Pre-Trial Conf. Date: July 30, 2012 <br> Time: 9:30 a.m. <br> Courtroom: 780 <br><br> Trial Date: August 28, 2012 |

COMES NOW, defendant WAHL CLIPPER CORP. ("Defendant"), who hereby submits its trial Witness List, as follows:

1. Ricky Hebben-- Mr. Hebben is a compliance and regulatory engineer at Wahl Clipper Corporation, who is expected to testify on the following subject matters: compliance of Wahl beard trimmers, including the subject beard trimmer, with applicable Codes, regulations and standards including but not limited to those promulgated by Underwriters' Laboratories (UL); the absence of other complaints similar to those of plaintiffs. Direct Examination: 1 hour.

2. Sam Zhan-- Mr. Zhang is a product support engineer at Wahl Clipper Corporation, who is expected to testify on the following subject matters: the manufacture, design and testing of Wahl beard trimmers, including but not limited to the subject beard

trimmer; compliance of Wahl beard trimmers, including the subject beard trimmer, with applicable Codes, regulations and standards including but not limited to those promulgated by Underwriters' Laboratories (UL); the absence of other complaints similar to those of plaintiffs. Direct Examination: 1 hour.

3. Gerald Zamiski, Ph.D.--Dr. Zamiski is a mechanical engineer and fire cause and origin expert. He is expected to testify on issues relating to the cause of the fire, including but not limited to his investigation, inspection and testing of the subject beard trimmer, an exemplar trimmer and electrical devices in the bathroom at the Bose-Pyne residence. He will also offer opinions concerning tests run by Mack Quan, Ph.D. and show videos of the testing. Direct Examination: 2.5 to 3.5 hours.

4. Gerard Moulin, P.E.-- Mr. Moulin is an electrical engineer. He is expected to testify on issues relating to the cause of the fire, from an electrical engineering standpoint, including but not limited to his investigation, inspection and testing of relevant evidence. Direct Examination: .75 hour -1hour.

5. Ned Wolfe --Mr. Wolfe is an engineer. He is expected to testify on issues relating to warnings, instructions and industry standards, if plaintiffs raise this issue in their case in chief. Direct examination: .75 hour.

6. Andreas Zimbeck--Mr. Zimbeck is a Los Angeles City Fire Department paramedic. He is expected to testify concerning his contact with the decedent, the condition of the Bose-Pyne premises and the injuries sustained by the decedent. Direct Examination: .5 hours (if plaintiffs call Mr. Zimbeck as a witness, defendant would likely not call him as part of its case in chief but instead, would cross-examine him).

7. Aaron Lewis, M.D.--Dr. Lewis was an intern at Los Angeles County-USC Medical Center, who treated the decedent before he died. He is expected to testify concerning the decedent's medical treatment. He is also expected to testify concerning statements made about the cause of the fire. Direct Examination: .75 hours (if plaintiffs call Dr. Lewis as a witness, defendant would likely only call him on

direct examination on the issue of statements made about the cause of the fire, in which case his testimony would be expected to last no more than .2 hours).

    8.    Mack Quan, Ph.D.---Mr. Quan will testify concerning tests he ran on an exemplar Wahl beard trimmer, and authenticate photographs and videos of the tests. Direct Examination: .75-.1.25 hours.

    9.    Shonali Bose--Ms. Bose has been designated as a witness by plaintiffs. As such, defendant anticipates cross-examining her. In the unlikely event she is not called as witness by plaintiffs, defendants would want to examine her concerning the incident forming the basis of this action, said plaintiff's emotional distress and lost profits claims, and decedent's injuries. Direct Examination: 2.5 -3.0 hours.

    10.    Bedabrata Pain--Mr. Pain has been designated as a witness by plaintiffs. As such, defendant anticipates limiting its interrogation to cross-examination. In the unlikely event he is not called as witness by plaintiffs, defendant would want to examine him concerning his knowledge of the incident forming the basis of this action, Shonali Bose's emotional distress and lost profits claims, and decedent's injuries. Direct Examination: 2.5 -3.0 hours.

    11.    William Thost--Mr. Thost is a Los Angeles City Fire Department investigator. He is expected to testify concerning the results of his investigation into the subject fire (if plaintiffs call Mr. Thost as a witness, defendant would likely only interrogate him on cross-examination). Direct Examination: .75-1.25 hours.

    12.    Robert Hernandez--Mr. Hernandez is a Los Angeles City Fire Department investigator. He is expected to testify concerning the results of his investigation into the subject fire (if plaintiffs call Mr. Hernandez as a witness, defendant would likely only interrogate him on cross-examination). Direct Examination: .75-1.25 hours.

    13.    Monica Hall --Ms. Hall is a Los Angeles City Fire Department captain. She is expected to testify concerning the results of his investigation into the subject

fire (if plaintiffs call Ms. Hall as a witness, defendant would likely only interrogate her on cross-examination). Direct Examination: .75-1.00 hours.

14. Luis Pena, M.D. Dr. Pena is a Los Angeles County Medical Examiner. He is expected to testify concerning the results of his investigation into the decedent's death (if plaintiffs call Dr. Pena as a witness, defendant would likely only interrogate him on cross-examination). Direct Examination: .5-.75 hours.

Respectfully submitted,

Date: August 2, 2012

HOSP, GILBERT, BERGSTEN & HOUGH
A Law Corporation

By _____
Warren L. Gilbert, Esq.
Attorneys for Defendant WAHL CLIPPER CORP.

4
DEFENDANT'S REVISED WITNESS LIST