ARNOLD P. PETER  CA Bar No. 120091
MARCUS J. LEE CA Bar No. 281886
PETER LAW GROUP
9100 Wilshire Blvd., Suite 880W
Beverly Hills, CA 90212
Tel. (310) 277-0010
Fax (310) 432-0599
apeter@peterlawgroup.com
mlee@peterlawgroup.com

Attorneys for Plaintiffs
SHONALI BOSE and BEDABRATA PAIN

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SHONALI BOSE, an individual; BEDABRATA PAIN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WAHL CLIPPER CORP., an Illinois corporation doing business in California. <br><br> Defendant. | Case No. 2:11-CV-06087 MMM (SHx) <br><br> **PLAINTIFFS SHONALI BOSE AND BEDABRATA PAIN'S WITNESS LIST** <br><br> Hon. Margaret M. Morrow <br><br> Complaint Filed:   July 22, 2011 <br> Trial Date:         August 28, 2012 |

Plaintiffs Shonali Bose and Bedabrata Pain ("Plaintiffs") hereby submit the following trial Witness List as follows:

**1.    Shonali Bose**

Plaintiff Shonali Bose will testify concerning the events leading up to the death of her son, Ishan, including the events on the night of the fire, the injuries sustained by her son, her own emotional distress, and her monetary damages.

        Estimated time for direct exam:      6 hours

**2.    Bedabrata Pain**

Plaintiff Bedabrata Pain will testify concerning the events leading up to the death of his son, Ishan, including his recollection of the events on the night of the fire, the injuries sustained by his son, and his monetary damages.

        Estimated time for direct exam:      4 hours

**3.    Erik W. Christiansen, Ph.D., P.E., CFI**

Dr. Erik Christiansen is a mechanical and aerospace engineer specializing in fire science, combustion chemistry, and thermodynamics. Dr. Christiansen is expected to testify on his investigation of the scene of the fire, his investigation of the trimmer at issue, and his opinions as to the cause of the fire.

        Estimated time for direct exam:      4 hours

**4.    William Thost**

William Thost is a Los Angeles City Fire Department Fire Investigator. He is expected to testify concerning the results of his investigation of the incident fire.

        Estimated time for direct exam:      1.5 hours

**5.    Robert Hernandez**

Robert Hernandez is a Los Angeles City Fire Department Fire Investigator. He is expected to testify concerning the results of his investigation of the incident fire.

        Estimated time for direct exam:      1.5 hours

**6.    Luis Pena, M.D.**

Dr. Luis Pena is a Los Angeles County Coroner Medical Examiner. He is expected to testify concerning the results of his autopsy performed on Ishan Bose-Pyne, the decedent in this matter.

        Estimated time for direct exam:      1.5 hours

**7. Sam Zhang**

Sam Zhang is a product support engineer at Wahl Clipper Corporation who was produced by Defendant as a Person Most Knowledgeable regarding the construction, design, and manufacture of the trimmer at issue. Plaintiffs intend to call Sam Zhang as an adverse witness.

    Estimated time for direct exam:    3 hours

Respectfully submitted,

Date: August 10, 2012    PETER LAW GROUP

By /s/ ARNOLD P. PETER

Arnold P. Peter, Esq.
Marcus Lee, Esq.

Attorneys for Plaintiffs SHONALI BOSE and BEDABRATA PAIN