UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | | Date | |
|---|---|---|---|
| Title: | | | |

Present: The Honorable _____

*Deputy Clerk* _____        *Court Reporter/Recorder* _____

<u>Attorneys Present for Plaintiff(s):</u>        <u>Attorneys Present for Defendants:</u>

_____ Day Court Trial        _____ Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   ___ Completed by jury verdict/submitted to court.
___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.                         ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.        ___ Jury retires to deliberate.        ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.        ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for                                ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is   ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
___ Other:

                                                                            _____ : _____
                                                            Initials of Deputy Clerk _____

cc: