# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AMENDED **CIVIL MINUTES - TRIAL** AMENDED

| Case No. | | Date | |
|---|---|---|---|
| Title: | | | |

Present: The Honorable _____

_Deputy Clerk_ | _Court Reporter/Recorder_

Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants:

_____ Day Court Trial _____ Day Jury Trial

____ One day trial: ____ Begun (1st day); ____ Held & Continued; ____ Completed by jury verdict/submitted to court.
____ The Jury is impaneled and sworn.
____ Opening statements made by _____
____ Witnesses called, sworn and testified. ____ Exhibits Identified ____ Exhibits admitted.
XX  Plaintiff(s) rest. ____ Defendant(s) rest.
____ Closing arguments made by ____ plaintiff(s) ____ defendant(s). ____ Court instructs jury.
____ Bailiff(s) sworn. ____ Jury retires to deliberate. ____ Jury resumes deliberations.
____ Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read and filed.
____ Jury polled. ____ Polling waived.
____ Filed Witness & Exhibit Lists ____ Filed jury notes. ____ Filed jury instructions.
____ Judgment by Court for _____ ____ plaintiff(s) ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).
____ Case submitted. ____ Briefs to be filed by _____
____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Case continued to _____ for further trial/further jury deliberation.
____ Other:

_____ : _____
Initials of Deputy Clerk _____

cc: