# LIST OF EXHIBITS AND WITNESSES

| Case Number | **CV 11-06087-MMM(SHx)** | **Title** Shonali Bose, et al vs Wahl Clipper Corproation |
|---|---|---|
| Judge | MARGARET M. MORROW | |
| Dates of Trial or Hearing | AUGUST 28, 2012 | |
| Court Reporters | PAM BATALO;C. NIRENBERG | |
| Deputy Clerks | ANEL HUERTA | |

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 3 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                 DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Arnold Peter | Warren Gilbert |
| Marcus Lee | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | August 28, 2012 - August 30, 2012 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Case 2:11-cv-06087-MMM-SH    Document 160    Filed 08/31/12    Page 2 of 12    Page ID
Case 2:11-cv-06087-MMM-SH    Document 133    Filed 08/10/12    Page 1 of 12    Page ID #:1745
#:1967

1  Arnold P. Peter, Esq.  CA Bar No. 120091
   PETER LAW GROUP
2  9100 Wilshire Blvd., Suite 880W
   Beverly Hills, CA 90212
3  Tel. (310) 277-0010
   Fax (310) 432-0599
4  Email: apeter@peterlawgroup.com

5  Attorneys for Plaintiffs SHONALI BOSE and BEDABRATA PAIN

6
   Warren L. Gilbert, CA Bar No. 92647
7  HOSP, GILBERT, BERGSTEN & HOUGH
   A Law Corporation
8  301 North Lake Avenue, Suite 410
   Pasadena, CA 91101
9  Tel. (626) 792-2400
   Fax (626) 356-9656
10 Email:  wlgilbert@hosplaw.com

11 Attorneys for Defendant WAHL CLIPPER CORP.

12

13          UNITED STATES DISTRICT COURT

14      FOR THE CENTRAL DISTRICT OF CALIFORNIA

15              WESTERN DIVISION

16 SHONALI BOSE, an individual;            Case No.: CV11-06087 MMM (SHx)
   BEDABRATA PAIN, an individual,
17                                         AMENDED JOINT EXHIBIT LIST
18       Plaintiffs,
                                           Pre-Trial Conf.:  July 30, 2012
19       vs.                               Time:              9:00 a.m.
                                           Courtroom:        780
20 WAHL CLIPPER CORP., an Illinois
   corporation doing business in California; Judge:  Margaret M. Morrow
21 TARGET CORP., a Minnesota corporation
   doing business in California; and DOES 1-10, Action Filed: July 22, 2011
22                                         Trial Date:  August 28, 2012
23       Defendants.

24     The parties hereto submit their amended joint exhibit list as follows:

25

26 | No. of Exhibit | Description | Date Identified | Date Admitted | Objection |
   |---|---|---|---|---|
27 | 1 | LAFD | | | |

28
                                    1
                    AMENDED JOINT EXHIBIT LIST

Case 2:11-cv-06087-MMM-SH    Document 133    Filed 08/10/12    Page 2 of 12    Page ID #:1746

| No. |  | Description |  |  |  |
|---|---|---|---|---|---|
| 1 |  | Picture - Image 0167 |  |  |  |
| 2 | 2 | LAFD Picture - Image 0168 |  |  |  |
| 3 | 3 | LAFD Picture - Image 0169 |  |  |  |
| 4 | 4 | LAFD Picture - Image 0170 |  |  |  |
| 5 | 5 | LAFD Picture - Image 0171 |  |  |  |
| 6 | 6 | LAFD Picture - Image 0172 |  |  |  |
| 7 | 7 | LAFD Picture - Image 0173 |  |  |  |
| 8 | 8 | LAFD Picture - Image 0174 |  |  |  |
| 9 | 9 | LAFD Picture - Image 0175 |  |  |  |
| 10 | 10 | LAFD Picture - Image 0176 |  |  |  |
| 11 | 11 | LAFD Picture - Image 0177 | 8.29.12 | 8.29.12 |  |
| 12 | 12 | LAFD Picture - Image 0178 | 8.29.12 | 8.29.12 |  |
| 13 | 13 | LAFD Picture - Image 0179 | 8.29.12 | 8.29.12 |  |
| 14 | 14 | LAFD Picture - Image 0180 | 8.29.12 | 8.29.12 |  |
| 15 | 15 | LAFD Picture - Image 0181 |  |  |  |
| 16 | 16 | LAFD Picture - Image 0182 |  |  |  |
| 17 | 17 | LAFD Picture - Image 0183 |  |  |  |
| 18 | 18 | LAFD Picture - Image 0184 | 8.29.12 | 8.29.12 |  |
| 19 | 19 | LAFD Picture - Image 0185 | 8.29.12 | 8.29.12 |  |
| 20 | 20 | LAFD Picture - Image 0186 |  |  |  |
| 21 | 21 | LAFD Picture - Image 0187 |  |  |  |
| 22 | 22 | LAFD Picture - Image 0188 |  |  |  |
| 23 | 23 | LAFD Picture - Image 0189 |  |  |  |
| 24 | 24 | LAFD Picture - Image |  |  |  |

HOSP, GILBERT, BERGSTEN & HOUGH
A LAW CORPORATION
301 N. LAKE AVE., SUITE 410
PASADENA, CA 91101-5956
TEL: (626) 792-2400 ♦ FAX: (626) 356-9656

2

AMENDED JOINT EXHIBIT LIST

HOSP, GILBERT, BERGSTEN & HOUGH
A INCORPORATION
301 N. LAKE AVE., SUITE 410
PASADENA, CA 91101-5095
TEL. (626) 792-2400 • FAX (626) 356-9656

| 57 | | | | |
|---|---|---|---|---|
| 62 | LAFD Fire Investigation Report | 8.29.12 | 8.29.12 | Hearsay as to statements that decedent was shaving when fire started |
| 63 | LAFD Fire Investigation Follow-Up Report | | | Hearsay as to statements that decedent was shaving when fire started |
| 64 | LA County Coroner Report | 8.29.12 | 8.29.12 | Hearsay as to statements that decedent was shaving when fire started. Plaintiff's objection: Lack of authentication and inadmissible hearsay as to statements that the fire was caused when alcohol spilled on an electric socket due to lack of personal knowledge |
| 65 | 9916c Clean Trimmer Blade Picture | | | |
| 66 | Night Spyer Wild Planet Toy Picture | | | |
| 67 | Blow-up of windowsill toy | | | |
| 68 | Ishan Blood Test | | | |
| 69 | Email re Chittagong - Release discussion | | | Irrelevant |
| 70 | Chittagong script | | | Irrelevant |
| 71 | Federal Income Tax Sheets for Bedabrata Pain and Shonali Bose | | | Irrelevant |
| 72 | Ishan Report Cards 06/27/08 | 8/29 | 8/29 | Irrelevant |
| 73 | Ishan Diplomas and Awards | 8/29 | 8.29.12 | Irrelevant |
| 74 | Ishan acceptance to GATE program | 8.29.12 | 8.29.12 | Irrelevant |
| 75 | Ishan Harvard-Westlake grade report 2009-2010 | | | Irrelevant |
| 76 | Ishan North Hollywood High School Report Card | | | Irrelevant |
| 77 | Ishan Independent School Entrance Exam Scores | | | Irrelevant |
| 78 | Ishan STAR Student Report | | | Irrelevant |

4

AMENDED JOINT EXHIBIT LIST

HOSP, GILBERT, BERGSTEN & HOUGH
A LAW CORPORATION
301 N. LAKE AVE., SUITE 410
PASADENA, CA 91101-9696
TEL. (626) 792-2400 ◆ FAX (626) 356-9656

| 79 | Coroner Billing Invoice | 8.29.12 | 8.29.12 | Irrelevant to the extent that the billed amounts exceed what was paid to and accepted by the provider as full payment. |
|---|---|---|---|---|
| 80 | Emergency Medical Services Bill | 8.29.12 | 8.29.12 | Irrelevant to the extent that the billed amounts exceed what was paid to and accepted by the provider as full payment |
| 81 | American Medical Response Invoice | 8.29.12 | 8.29.12 | Irrelevant to the extent that the billed amounts exceed what was paid to and accepted by the provider as full payment |
| 82 | Cedars-Sinai Invoice | 8.29.12 | 8.29.12 | Irrelevant to the extent that the billed amounts exceed what was paid to and accepted by the provider as full payment |
| 83 | Ishan Death Certificate | | | Irrelevant to the extent that the billed amounts exceed what was paid to and accepted by the provider as full payment |
| 84 | Ashes on the Sea Invoice | 8.30.12 | 8.30.12 | |
| 85 | International Travel House Funeral Travel Invoice | 8.30.12 | | |
| 86 | Ishan Birth Certificate | | | |
| 87 | Max Health Care Ishan health check up document | | | |
| 88 | Dr. Dang Pathology Report | | | |
| 89 | Bedabrata Pain email re Chittagong release | | | Irrelevant |
| 90 | Bedabrata Pain email re Ishan accident | | | Irrelevant |
| 91 | Bedabrata Pain email re Chittagong draft contract | | | Irrelevant |
| 92 | 911 - Call recording | | 8.29.12 | Aug. 29 |
| 93 | | | | |
| 123 | Wahl PMK Deposition Exhibit Plf's 202 | 8.30.12 | 8.30.12 | |
| 124 | Wahl PMK Document | | | |

5

AMENDED JOINT EXHIBIT LIST

Case 2:11-cv-06087-MMM-SH   Document 137   Filed 08/10/12   Page 6 of 12   Page ID #:1750

HOSP, GILBERT, BERGSTEN & HOUGH
A LAW CORPORATION
301 N. LAKE AVE., SUITE 410
PASADENA, CA 91101-9956
TEL. (626) 792-2400 • FAX (626) 356-9656

| | | | | | |
|---|---|---|---|---|---|
| | | Progress update for new trimmers by WN 1/21/03 - 3 | | | |
| | 125 | Wahl PMK Document Meeting Minutes 1/7/03 - 3 | | | |
| | 126 | Wahl PMK Document Sam Zhang Email 1/09/03 - 3 | | | |
| | 127 | Wahl PMK Document Progress update for new trimmers by WN 3/25/03 - 4 | | | |
| | 128 | Wahl PMK Document Progress update for new trimmers by WN 1/7/03 - 5 6 | | | |
| | 129 | Wahl PMK Document Meeting Minutes 3/11/03 - 6 | | | |
| | 130 | Wahl PMK Document Meeting Minutes 2/18/03 - 21 | | | |
| | 131 | Wahl PMK Document Progress update for new trimmers by WN 3/18/03 - 2 | | | |
| | 132 | Wahl PMK Document Sam Zhang Email to Tiger 10-24-02 - 22 | | | |
| | 133 | Wahl PMK Document Meeting Minutes 3-4-03 - 26 | 8.30.12 | 8.30.12 | |
| | 134 | Wahl PMK Document Progress Update for new trimmers by WN 4/8/03 - 36 | | | |
| | 135 | Wahl PMK Document Meeting Minutes 2/25/03 - 38 | | | |
| | 136 | Wahl PMK Document Incoming Inspection Email 3/17/03 - 41 | 8.30.12 | 8.30.12 | |
| | 137 | Wahl PMK Document Notes re Wahl Trimmer 2/8/03 - 46 | 8.30.12 | 8.30.12 | |
| | 138 | Wahl PMK Document Progress Update for new | | | |

6

AMENDED JOINT EXHIBIT LIST

Case 2:11-cv-06087-MMM-SH   Document 133   Filed 08/10/12   Page 7 of 12   Page ID #:1751

| | | | | | |
|---|---|---|---|---|---|
| 1 | | trimmers 1/28/03 - 49 | | | |
| 2<br>3 | 139 | Wahl PMK Document Schedule of New Groomsman Trimmer Production 10/29/02 - 73 | | | |
| 4<br>5 | 140 | Wahl PMK Document Emails with WN 9-27-02 - 10-08-02 - 87 | | | |
| 6 | 141 | Wahl PMK Document Email to Bin Wang re Target Sales - 90 | | | |
| 7<br>8 | 142 | Harvard-Westlake School Documents - Report Cards | | | Irrelevant |
| 9<br>10<br>11<br>12<br>13 | 143 | Los Angeles County USC Medical Center Burn Records | | | Hearsay as to statements in the records that the decedent was shaving when the fire started; probative value substantially outweighed by prejudicial effect as to gorey photographs depicting decedent's body. |
| 14<br>15<br>16<br>17<br>18 | 144 | Cedars Sinai Medical Center Trauma Center Documents | | | Hearsay as to statements in the records that the decedent was shaving when the fire started; probative value substantially outweighed by prejudicial effect as to gorey photographs depicting decedent's body. |
| 19<br>20<br>21 | 145 | Cedars Sinai Medical Center Billing Charges | 8.29.12 | | Irrelevant to the extent that the billed amounts exceed what was paid to and accepted by the provider as full payment |
| 22<br>23<br>24 | 146 | Hollywood Funeral Home Records | 8.30.12 | #0025<br>8.30.12 | Irrelevant to the extent that the billed amounts exceed what was paid to and accepted by the provider as full payment |
| 25<br>26 | 147 | LAC + USC Medical Center Patient Data printouts | 8.29.12 | | |
| 27 | 150 | Erik Christiansen Curriculum Vitae | 8.29.12 | 8.29.12 | Hearsay, cumulative; lacking foundation; |

28

AMENDED JOINT EXHIBIT LIST

HOSP, GILBERT, BERGSTEN & HOUGH
A LAW CORPORATION
301 N. LAKE AVE., SUITE 410
PASADENA, CA 91101-9895
TEL: (626) 792-2400 • FAX (626) 356-9656

HOSP, GILBERT, BERGSTEN & HOUGH
A LAW CORPORATION
301 N. LAKE AVE., SUITE 410
PASADENA, CA 91101-5008
TEL. (626) 792-2400 • FAX (626) 356-9656

| | | | | | |
|---|---|---|---|---|---|
| | | | | | reciting hearsay and conjecture. |
| | 151 | Wahl's 04-20-12 Responses to Interrogatories - Set One | | | |
| | 152 | Wahl's 04-20-12 Responses to Interrogatories - Set Two | | | |
| | 153 | Subject Trimmer | 8.29.12 | 8.29.12 | |
| | 154 | Subject Trimmer Cord | | | |
| | 155 | Ishan's burned clothes | | | |
| | 156 | Picture of Ishan's Body 1 (Wahl's Motion in Limine to Exclude Photos of Decedent's Body Exhibit A) | 8.30.12 | 8.30.12 | Defendant's Objection: Irrelevant; cumulative; probative value if any is substantially outweighed by the danger of unfair prejudice; untimely |
| | 157 | Picture of Ishan's Body 2 (Wahl's Motion in Limine to Exclude Photos of Decedent's Body Exhibit C) | 8.30.12 | 8.30.12    withdrawn | Defendant's Objection: Irrelevant; cumulative; probative value if any is substantially outweighed by the danger of unfair prejudice; untimely |
| | 158 | Picture of Ishan's Body 3 (Wahl's Motion in Limine to Exclude Photos of Decedent's Body Exhibit F) | 8.30.12 | 8.30.12    withdrawn | Defendant's Objection: Irrelevant; cumulative; probative value if any is substantially outweighed by the danger of unfair prejudice; untimely |
| | 159 | Picture of Ishan's Body 4 (Wahl's Motion in Limine to Exclude Photos of Decedent's Body Exhibit L) | 8.30.12 | 8.30.12 | Defendant's Objection: Irrelevant; cumulative; probative value if any is substantially outweighed by the danger of unfair prejudice; untimely |
| | 301 | Photographs taken by Dr. Erik Christiansen entitled 1106086 dated 4/17/12, Exponent Inspection Photo and disassembly | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | photos (301:1 to 301:267); Dr. Erik Christiansen Disassembly Video (301: 268) ; Photograph taken by Dr. Erik Christiansen dated 5/14/12, Exponent Inspection Photo (301: 269-301:559) | | | |
| | 302 | Dr. Erik Christiansen Handwritten Notes | | | Hearsay, cumulative; lacking foundation; reciting hearsay and conjecture. |
| | 303 | Dr. Erik Christiansen Material Safety Data Sheet, Isopropyl alcohol MSDS | | | |
| | 304 | Dr. Erik Christiansen Material Safety Data Sheet for Axe Aerosol Deodorant Bodyspray | | | |
| | 305 | Dr. Erik Christiansen Excerpt from the Ignition Handbook | | | |
| | 306 | Dr. Erik Christiansen Excerpt from Underwriters Laboratories Inc., Standard for Safety, hair Clipping and Shaving Appliances | | | |
| | 307 | Dr. Erik Christiansen 8/11/11 exponent retention letter and invoices | | | Irrelevant |
| | 308 | Erik Christiansen Initial Expert Report | *8.29.12* | *018 02/14* *-019* *-020* | Hearsay, cumulative; lacking foundation; reciting hearsay and conjecture. |
| | | | *8.29.12* | | |
| | 309 | Erik Christiansen Rebuttal Report | | | Hearsay, cumulative; lacking foundation; reciting hearsay and conjecture. |
| | 312 | LAFD Abstract of Fire Station 41 Journal | | | Hearsay as to statements in the records that the decedent was shaving when the fire started. |
| | 313 | Medical Records from | | | Hearsay as to statements |

9

AMENDED JOINT EXHIBIT LIST

HOSP, GILBERT, BERGSTEN & HOUGH
A LAW CORPORATION
301 N. LAKE AVE., SUITE 410
PASADENA, CA 91101-5966
TEL. (626) 792-4400 ♦ FAX (626) 356-9656

Case 2:11-cv-06087-MMM-SH   Document 119   Filed 08/03/12   Page 1 of 3   Page ID #:1678

1  ARNOLD P. PETER  CA Bar No. 120091
2  MARCUS J. LEE CA Bar No. 281886
   PETER LAW GROUP
3  9100 Wilshire Blvd., Suite 880W
   Beverly Hills, CA 90212
4  Tel. (310) 277-0010
5  Fax (310) 432-0599
6  apeter@peterlawgroup.com
   mlee@peterlawgroup.com
7
8  Attorneys for Plaintiffs
9  SHONALI BOSE and BEDABRATA PAIN

10              UNITED STATES DISTRICT COURT
11        FOR THE CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION
12

13  SHONALI BOSE, an individual;      Case No. 2:11-CV-06087 MMM
14  BEDABRATA PAIN, an individual,    (SHx)

15         Plaintiffs,                PLAINTIFFS SHONALI BOSE
                                      AND BEDABRATA PAIN'S
16                                    WITNESS LIST
17         vs.
                                      Hon. Margaret M. Morrow
18  WAHL CLIPPER CORP., an Illinois
19  corporation doing business in California.   Complaint Filed:   July 22, 2011
                                      Trial Date:      August 28, 2012
20         Defendant.
21
22
23        Plaintiffs Shonali Bose and Bedabrata Pain ("Plaintiffs") hereby submit the
24  following trial Witness List as follows:
25        1.      **Shonali Bose**  8/29
26        Plaintiff Shonali Bose will testify concerning the events leading up to the
27  death of her son, Ishan, including the events on the night of the fire, the injuries
28  sustained by her son, her own emotional distress, and her monetary damages.

PETER LAW GROUP      BOSE et al. v. WAHL                    PLAINTIFFS' TRIAL WITNESS LIST
ATTORNEYS AT LAW

Case 2:11-cv-06087-MMM-SH    Document 116476 Filed 08/02/12    Page 1 of 4    Page ID #:1665

1    Warren L. Gilbert, Esq., Calif. Bar No. 92647
    HOSP, GILBERT, BERGSTEN & HOUGH
2    A Law Corporation
    301 North Lake Avenue, Suite 410
3    Pasadena, CA 91101
    Telephoe:  (626) 792-2400
4    Facsimilie: (626)356-9656
    Email:     wlgilbert@hosplaw.com
5

6    Attorneys for Defendant WAHL CLIPPER CORP.

7

8            UNITED STATES DISTRICT COURT

9    FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10    SHONALI BOSE, an individual;     Case No.: CV11-06087 MMM (SHx)
    BEDABRATA PAIN, an individual,

11                         DEFENDANT, WAHL CLIPPER CORP.'S
       Plaintiffs,                 REVISED WITNESS LIST

12

13        vs.                     Pre-Trial Conf. Date:    July 30, 2012
                           Time:                 9:30 a.m.

14    WAHL CLIPPER CORP., an Illinois    Courtroom:           780
    corporation doing business in California;

15    TARGET CORP., a Minnesota corporation   Trial Date:  August 28, 2012
    doing business in California; and DOES 1-

16    10,

17        Defendants.

18       COMES NOW, defendant WAHL CLIPPER CORP. ("Defendant"), who hereby

19   submits its trial Witness List, as follows:

20   *8.30.12.*     Ricky Hebben-- Mr. Hebben is a compliance and regulatory engineer at Wahl

21   Clipper Corporation, who is expected to testify on the following subject matters: compliance of

22   Wahl beard trimmers, including the subject beard trimmer, with applicable Codes, regulations

23   and standards including but not limited to those promulgated by Underwriters' Laboratories

24   (UL); the absence of other complaints similar to those of plaintiffs. Direct Examination:  1

25   hour.

26   *8.30.12* 2.     Sam Zhan-- Mr. Zhang is a product support engineer at Wahl Clipper

27   Corporation, who is expected to testify on the following subject matters: the manufacture,

28   design and testing of Wahl beard trimmers, including but not limited to the subject beard

HOSP, GILBERT, BERGSTEN & HOUGH
A LAW CORPORATION
301 N. LAKE AVE., SUITE 410
PASADENA, CA 91101-9868
TEL (626) 792-2400 ♦ FAX (626) 356-9656

HOSP. GILBERT, BERGSTEN & HOUGH
ALAN CORPORAM
301 N. LAKE AVE., SUITE 410
PASADENA, CA 91101-9966
TEL (626) 792-2400 • FAX (626) 356-6055

1 trimmer; compliance of Wahl beard trimmers, including the subject beard trimmer, with

2 applicable Codes, regulations and standards including but not limited to those promulgated by

3 Underwriters' Laboratories (UL); the absence of other complaints similar to those of plaintiffs.

4 Direct Examination: 1 hour.

5   *8:30, 12*.   Gerald Zamiski, Ph.D.--Dr. Zamiski is a mechanical engineer and fire

6 cause and origin expert.  He is expected to testify on issues relating to the cause of the

7 fire, including but not limited to his investigation, inspection and testing of the subject

8 beard trimmer, an exemplar trimmer and electrical devices in the bathroom at the

9 Bose-Pyne residence.  He will also offer opinions concerning tests run by Mack Quan,

10 Ph.D. and show videos of the testing. Direct Examination: 2.5 to 3.5 hours.

11   4.   Gerard Moulin, P.E.-- Mr. Moulin is an electrical engineer.   He is

12 expected to testify on issues relating to the cause of the fire, from an electrical

13 engineering standpoint, including but not limited to his investigation, inspection and

14 testing of relevant evidence.  Direct Examination: .75 hour -1hour.

15   5.   Ned Wolfe --Mr. Wolfe is an engineer.  He is expected to testify on

16 issues relating to warnings, instructions and industry standards, if plaintiffs raise this

17 issue in their case in chief.  Direct examination: .75 hour.

18   6.   Andreas Zimbeck--Mr. Zimbeck is a Los Angeles City Fire Department

19 paramedic.  He is expected to testify concerning his contact with the decedent, the

20 condition of the Bose-Pyne premises and the injuries sustained by the decedent.

21 Direct Examination:  .5 hours (if plaintiffs call Mr. Zimbeck as a witness, defendant

22 would likely not call him as part of its case in chief but instead, would cross-examine

23 him).

24   7.   Aaron Lewis, M.D.--Dr. Lewis was an intern at Los Angeles County-

25 USC Medical Center, who treated the decedent before he died.  He is expected to

26 testify concerning the decedent's medical treatment.  He is also expected to testify

27 concerning statements made about the cause of the fire. Direct Examination: .75 hours

28 (if plaintiffs call Dr. Lewis as a witness, defendant would likely only call him on

2

DEFENDANT'S REVISED WITNESS LIST